FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLITCH PRODUCTIONS PTY LTD,<br><br>                    Plaintiffs,<br>    v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>                  Defendants. | Case No. 24-cv-03104<br><br>**Judge Charles P. Kocoras**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Glitch Productions Pty Ltd hereby dismiss this action with prejudice as to the following Defendants:

| Defendant Seller Alias | Schedule A Line No. |
|---|---|
| Lcfd | 39 |
| Cavazosm Toy Store | 101 |
| DIFFERONE | 109 |
| giftgive | 115 |
| Ji Jiang Party | 122 |
| JYXEPNO | 127 |
| Oniercute Home | 138 |
| Zhanbiaoshu Ke Ji You Xian Gong Si | 166 |

Dated this 17th day of May 2024.  Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Glitch Productions Pty Ltd*