**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GLITCH PRODUCTIONS PTY LTD,

                    Plaintiffs,

    v.

1+6546, et al.,

                    Defendants.

Case No. 24-cv-03104

**Judge Charles P. Kocoras**

**Magistrate Judge Jeffrey T. Gilbert**

## <u>SATISFACTION OF JUDGMENT</u>

WHEREAS, a judgment was entered in the above action on August 7, 2024 [60], in favor of Plaintiff Glitch Productions Pty Ltd ("Plaintiff") against the Defendants Identified on Schedule A in the amount of one hundred thousand dollars ($100,000.00) per Defaulting Defendant for willful use of counterfeit versions of the Glitch Trademarks in connection with the sale of products through at least the Seller Aliases and one hundred thousand dollars ($100,000.00) for willful copyright infringement of the Glitch Copyrighted Works. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Seller Alias | Schedule A Line No. |
|---|---|
| Douzeur | 110 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 16th day of August 2024.      Respectfully submitted,


/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Glitch Productions Pty Ltd*